**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

APOLLOMD BUSINESS SERVICES, LLC
a Georgia Limited Liability Company

Plaintiff, Case No.: 1:18-op-45548

v.

ATTAIN MED, INC., *et al*.,

Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff APOLLOMD BUSINESS SERVICES, LLC, a Georgia Limited Liability Company, by counsel, hereby gives notice that Defendant ATTAIN MED, INC., is voluntarily dismissed without prejudice, from the above-captioned action.

This 26th day September, 2024.

Respectfully submitted,

/s/ *Mary Jane Bass*
Mary Jane Bass
**Beggs & Lane, RLLP**
Georgia Bar No.: 547045
501 Commendencia Street
Pensacola, FL 32502
Tel: (850)469-3306
Fax: (850) 469-3331
Email: mjb@beggslane.com

Robin Frazer Clark
**ROBIN FRAZER CLARK, P.C.**
Georgia Bar No.: 274620
Centennial Tower
101 Marietta Street, #2300
Atlanta, GA 30303
(404 873-3700)
robinclark@gatriallawyers.net

Attorneys for Plaintiff

Attorneys for the Plaintiff, admitted *pro hac vice*:

J. Nixon Daniel, III
John R. Zoesch, III
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, FL 32502
(850) 432-2451
jnd@beggslane.com
jrz@beggslane.com

T. Roe Frazer II
**FRAZER PLC** Burton Hills Blvd., Suite 215
30 Burton Hills Blvd., Suite 450
Nashville, TN 37215
(615) 647-6464
roe@frazer.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court

using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 26th day of September, 2024.

/s/ *Mary Jane Bass*
Mary Jane Bass
Florida Bar No.: 64858
**Beggs & Lane, RLLP**
501 Commendencia Street
Pensacola, FL 32502
Tel: (850)469-3306
Fax: (850) 469-3331
Email: mjb@beggslane.com