**IN THE UNITED STATE DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION**

APOLLOMD BUSINESS SERVICES, LLC
a Georgia Limited Liability Company,

Plaintiff, Case No.: 1:18-op-45548

v.

ATTAIN MED, INC., *et al*.,

Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff ApolloMD Business Services, LLC, a Georgia Limited Liability Company, by counsel, hereby gives notice that Defendant Bloodworth Wholesale Drugs, Inc. is voluntarily dismissed without prejudice from the above-captioned action. Plaintiff and Defendant shall bear their own costs and attorney fees.

This 15th day April, 2025.

Respectfully submitted,

*/s/ Mary Jane Bass*

Mary Jane Bass
**BEGGS & LANE, RLLP**
Georgia Bar No.: 547045
501 Commendencia Street
Pensacola, FL 32502
Tel: (850)469-3306
Fax: (850) 469-3331
mjb@beggslane.com

Robin Frazer Clark
**ROBIN FRAZER CLARK, P.C.**
Georgia Bar No.: 274620
Centennial Tower
101 Marietta Street, #2300
Atlanta, GA 30303
(404 873-3700)
robinclark@gatriallawyers.net

Attorneys for Plaintiff

Attorneys for the Plaintiff, admitted pro hac vice:

J. Nixon Daniel, III
John R. Zoesch, III
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, FL 32502
(850) 432-2451
jnd@beggslane.com
jrz@beggslane.com

T. Roe Frazer II
**FRAZER PLC**
30 Burton Hills Blvd., Suite 450
Nashville, TN 37215
(615) 647-6464
roe@frazer.law

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 15th day April, 2025.

*/s/ Mary Jane Bass*
Mary Jane Bass
**BEGGS & LANE, RLLP**
Georgia Bar No.: 547045
501 Commendencia Street
Pensacola, FL 32502
Tel: (850)469-3306
Fax: (850) 469-3331
mjb@beggslane.com